UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ORDEAN WATSON ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN BANK AND TRUST )<br>COMPANY, )<br>)<br>Defendant. ) | **JUDGMENT**<br>No. 5:13-CV-876-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Southern Bank and Trust Company's Motion for Summary Judgment [DE-21] is ALLOWED.

**This Judgment Filed and Entered on April 9, 2015, and Copies To:**
Alvin L. Pittman (via Notice of Electronic Filing)
Gretchen W. Ewalt (via Notice of Electronic Filing)
Robert A. Sar (via Notice of Electronic Filing)
Kimberly Joyce Lehman (via Notice of Electronic Filing)

DATE                                          JULIE RICHARDS JOHNSTON, CLERK
April 9, 2015                              /s/ Jacqueline B. Grady
                                                     (By) Jacqueline B. Grady, Deputy Clerk